1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN PHAN (CABN 241637)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-Mail: Susan.Phan@usdoj.gov
8
   Attorneys for the Plaintiffs
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           )   No. CR 11-0391 RS
                                         )
15 |        Plaintiff,                   )
                                         )
16 |        v.                           )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER EXCLUDING TIME UNDER 18**
17 | JOSE ANTONIO RUELAS,                )   **U.S.C. § 3161**
        a/k/a Jose Antonio Ruelas-Sanchez)
18                                       )
            Defendant.                   )
19 |_____)

20        On June 27, 2011, the parties in this case appeared before this Court for a detention

21 hearing. The Court ordered Mr. Ruelas detained. At that time, the Court also set the matter to

22 July 19, 2011 before Judge Richard Seeborg. The parties have agreed to exclude the period of

23 time between June 27, 2011 to July 19, 2011, from any time limits applicable under 18 U.S.C. §

24 3161. Initial discovery was provided to counsel at Mr. Ruelas' arraignment. As such, the parties

25 represented that granting the exclusion would allow the reasonable time necessary for effective

26 preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good

27 cause exists, and that the ends of justice served by granting such an exclusion of time outweigh

28 the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0391 RS

1  At the hearing, the Court made findings consistent with this agreement.

2  SO STIPULATED:

3

4                                MELINDA HAAG
                              United States Attorney

5

6  DATED:  June 29, 2011                _____/s/_____

7                                SUSAN PHAN
                              Special Assistant U.S. Attorney

8

9  DATED: June 29, 2011                 _____/s/_____
                              GEOFFREY HANSEN

10                               Attorney for JOSE ANTONIO RUELAS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0391 RS

| | |
|---|---|
| 1 | <div align="center">[PROPOSED] ORDER</div> |
| 2 | For the reasons stated above and at the June 27, 2011 hearing, the Court finds that the |
| 3 | exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from June 27, |
| 4 | 2011 through July 19, 2011 is warranted and that good cause exists, and the ends of justice |
| 5 | served by the continuance outweigh the best interests of the public and the defendant in a speedy |
| 6 | trial. 18 U.S.C. §3161(h)(7)(A). |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | |
| 10 | DATED: _July 21, 2011_ |
| 11 | ELIZABETH D. LAPORTE |
| 12 | United States Magistrate Judge |



STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0391 RS