MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: Susan.Phan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0391 RS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| JOSE ANTONIO RUELAS, a/k/a Jose Antonio Ruelas-Sanchez, | ) | |
| Defendant. | ) | |

    The defendant appeared for his first status conference before this Court on July 19, 2011. The parties have an agreement in principle and need additional time to further discuss the terms of the plea. The parties have agreed to exclude the period of time between July 19, 2011 to August 2, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0391 RS

Case 3:11-cr-00391-RS   Document 9   Filed 07/22/11   Page 2 of 3

1  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:

           MELINDA HAAG
           United States Attorney

6  DATED: July 20, 2011   _____/s/_____
           SUSAN PHAN
           Special Assistant U.S. Attorney

9  DATED: July 20, 2011   _____/s/_____
           GEOFFREY A. HANSEN
           Attorney for JOSE ANTONIO RUELAS

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0391 RS

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | For the reasons stated above at the July 19, 2011 status conference, the Court finds that |
| 3 | the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 19, |
| 4 | 2011 to August 2, 2011 is warranted and that good cause exists, and the ends of justice served |
| 5 | by the continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 6 | 18 U.S.C. §3161(h)(7)(A). |
| 8 | IT IS SO ORDERED. |
| 10 | DATED:  7/22/11 |
| 11 | RICHARD SEEBORG |
|    | United States District Judge |

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0391 RS